|   |   |
|---|---|
| 1 | Ryan Tyz (CSB 234895) |
| 2 | Aaron Myers (CSB 200145) <br> TYZ LAW GROUP PC |
| 3 | 4 Embarcadero Center, 14th Floor <br> San Francisco, CA 94111 |
| 4 | Phone: (415) 849-3578 |
| 5 | rtyz@tyzlaw.com <br> amyers@tyzlaw.com |
| 6 |   |
| 7 | Attorneys for Plaintiff FTC - Forward <br> Threat Control, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| FTC - FORWARD THREAT CONTROL, LLC | Case No. _____ |
|---|---|
| Plaintiff, | **FTC - FORWARD THREAT CONTROL'S CIVIL L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND FRCP 7.1 DISCLOSURE STATEMENT** |
| v. |  |
| DOMINION HARBOR ENTERPRISES, LLC; DOMINION HARBOR GROUP, LLC; MONUMENT PATENT HOLDINGS, LLC; MONUMENT IP FUND 1, LLC; and FTC SENSORS, LLC, |  |
| Defendants. |  |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Francis S. Zajac, the 100% owner and sole manager of Plaintiff.

Pursuant to FRCP 7.1, the undersigned certifies that Plaintiff has no parent corporation and that no publicly held corporation owns more than 10% of Plaintiff's stock.

CIVIL L.R. 3-15 CERTIFICATION AND FRCP 7.1 DISCLOSURE STATEMENT     - 1 -

| | | |
|---|---|---|
| 1 | Dated: October 14, 2019 | Respectfully submitted, |
| 2 | | */s/ Ryan Tyz* |
| 3 | | Ryan Tyz |
| 4 | | Attorneys for FTC SENSORS, LLC |

CIVIL L.R. 3-15 CERTIFICATION AND  - 2 -
FRCP 7.1 DISCLOSURE STATEMENT