# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| FTC - FORWARD THREAT CONTROL, LLC <br><br> *Plaintiff(s)* <br> v. <br> DOMINION HARBOR ENTERPRISES, LLC; DOMINION HARBOR GROUP, LLC; MONUMENT PATENT HOLDINGS LLC; MONUMENT IP FUND 1, LLC; and FTC SENSORS, LLC <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 5:19-cv-06590-NC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DOMINION HARBOR ENTERPRISES, LLC
c/o David Earhart
1601 Elm Street, Suite 4600
Dallas, TX 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ryan Tyz
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
(415) 849-3578
rtyz@tyzlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 10/16/2019

*Susie F. Barrera*
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| FTC - FORWARD THREAT CONTROL, LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> DOMINION HARBOR ENTERPRISES, LLC; DOMINION HARBOR GROUP, LLC; MONUMENT PATENT HOLDINGS LLC; MONUMENT IP FUND 1, LLC; and FTC SENSORS, LLC <br><br> *Defendant(s)* | Civil Action No. 5:19-cv-06590-NC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DOMINION HARBOR GROUP, LLC
c/o DelGiorno IP Law, PLLC
906 Granger Drive
Allen, TX 75013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ryan Tyz
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
(415) 849-3578
rtyz@tyzlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 10/16/2019

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| FTC - FORWARD THREAT CONTROL, LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> DOMINION HARBOR ENTERPRISES, LLC; DOMINION HARBOR GROUP, LLC; MONUMENT PATENT HOLDINGS, LLC; MONUMENT IP FUND 1, LLC; and FTC SENSORS, LLC <br><br> *Defendant(s)* | Civil Action No. 5:19-cv-06590-NC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MONUMENT PATENT HOLDINGS, LLC
c/o DelGiorno IP Law, PLLC
906 Granger Drive
Allen, TX 75013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ryan Tyz
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
(415) 849-3578
rtyz@tyzlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 10/16/2019

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| FTC - FORWARD THREAT CONTROL, LLC | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 5:19-cv-06590-NC |
| DOMINION HARBOR ENTERPRISES, LLC; DOMINION HARBOR GROUP, LLC; MONUMENT PATENT HOLDINGS LLC; MONUMENT IP FUND 1, LLC; and FTC SENSORS, LLC | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MONUMENT IP FUND 1, LLC
c/o David Earhart
1601 Elm Street, Suite 4600
Dallas, TX 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ryan Tyz
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
(415) 849-3578
rtyz@tyzlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 10/16/2019

*Susie F. Barrera*

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| FTC - FORWARD THREAT CONTROL, LLC | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 5:19-cv-06590-NC |
| DOMINION HARBOR ENTERPRISES, LLC; DOMINION HARBOR GROUP, LLC; MONUMENT PATENT HOLDINGS, LLC; MONUMENT IP FUND 1, LLC; and FTC SENSORS, LLC | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* FTC SENSORS, LLC
c/o DelGiorno IP Law, PLLC
906 Granger Drive
Allen, TX 75013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ryan Tyz
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
(415) 849-3578
rtyz@tyzlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

*Susie F. Barrera*

Date: 10/16/2019

*Signature of Clerk or Deputy Clerk*