**GRANTED**
Judge Nathanael M. Cousins

Dated: 10/16/2019

Ryan Tyz (CSB 234895)
Aaron Myers (CSB 200145)
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Phone: (415) 849-3578
rtyz@tyzlaw.com
amyers@tyzlaw.com

Attorneys for Plaintiff FTC - Forward
Threat Control, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FTC - FORWARD THREAT CONTROL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DOMINION HARBOR ENTERPRISES, LLC;<br>DOMINION HARBOR GROUP, LLC;<br>MONUMENT PATENT HOLDINGS, LLC;<br>MONUMENT IP FUND 1, LLC; and FTC<br>SENSORS, LLC,<br><br>Defendants. | Case No. 5:19-cv-06590 NC<br><br>**PLAINTIFF'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

Plaintiff respectfully requests that an order be granted to remove Docket No. 1 (Plaintiff's Complaint) from the docket on the grounds that an exhibit (Docket No. 1-1) contains highlighting reflecting attorney work product. Plaintiff's counsel inadvertently filed the exhibit containing highlighting when counsel intended to file the exhibit with no highlighting. Plaintiff contacted the ECF Helpdesk to request that the incorrectly-filed document be locked and filed a Corrected Complaint (Docket No. 9) with the proper exhibit. Plaintiff respectfully requests that Docket No. 1 be permanently deleted from the docket.

Dated: October 14, 2019                                         Respectfully submitted,

| | |
|---|---|
| 1 | */s/ Ryan Tyz* |
| 2 | Ryan Tyz |
| 3 | Ryan Tyz (CSB 234895) |
| | Aaron Myers (CSB 200145) |
| 4 | TYZ LAW GROUP PC |
| | 4 Embarcadero Center, 14th Floor |
| 5 | San Francisco, CA 94111 |
| 6 | Phone: (415) 849-3578 |
| | rtyz@tyzlaw.com |
| 7 | amyers@tyzlaw.com |
| 8 | Attorneys for FTC – Forward Threat Control, LLC |

MOTION TO REMOVE INCORRECTLY FILED DOCUMENT — - 2 - — Case No. 5:19-cv-06590